UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **PETER JOHN FREY** | **DOCKET NO. 2:23-cv-0822**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **F. MARTINEZ, JR.** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (doc. 20) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss (doc. 10) be **GRANTED** and this matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions (docs. 12, 18) be **DENIED** and **DISMISSED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 1st day of July, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE